UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

```
FILED
CLERK, U.S. DISTRICT COURT

12/26/12

CENTRAL DISTRICT OF CALIFORNIA
BY: sb            DEPUTY
```

IN RE: L'OREAL WRINKLE CREAM
MARKETING AND SALES PRACTICES
LITIGATION    2:12-cv-09479-ABC-FFM              MDL No. 2415

Sonia Kallen et al v. L Oreal USA Inc et al

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −1)

On December 12, 2012, the Panel transferred 2 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp2.d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable William J Martini.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martini.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of December 12, 2012, and, with the consent of that court, assigned to the Honorable William J Martini.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 26, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Certified as a true copy on
This Date: 12/26/2012
By _____
Clerk
Deputy

IN RE: L'OREAL WRINKLE CREAM
MARKETING AND SALES PRACTICES
LITIGATION                                                              MDL No. 2415

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 12-09479 | Sonia Kallen et al v. L Oreal USA Inc et al |
| CAC | 2 | 12-09744 | Suzanne Cuervo et al v. L Oreal USA Inc |
| CAC | 2 | 12-09867 | Aida Absi v. L Oreal USA Inc et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 12-05557 | Schwartz v. L&#039;Oreal U.S.A., Inc. et al |
| CAN | 4 | 12-05863 | Bauer v. L&#039;oreal USA, Inc. et al |
| MASSACHUSETTS | | | |
| MA | 1 | 12-11713 | Gordon et al v. L&#039;Oreal USA, Inc. |